UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GREAT AMERICAN INSURANCE COMPANY,<br><br>    Plaintiff,<br><br>v.<br><br>CLARK CONSTRUCTION GROUP - CALIFORNIA, LP, et al.,<br><br>    Defendants. | Case No. 24-cv-01990-RS<br><br>**STANDBY ORDER OF DISMISSAL** |

The Court has been informed that the above-entitled action has settled. Accordingly, the Court vacates all pretrial and trial dates.

The parties are required to file a stipulation of dismissal by **September 30, 2024** or a written explanation showing cause why the case should not be dismissed. If no response to this order is filed, the case will be dismissed without further notice.

**IT IS SO ORDERED.**

Dated: August 29, 2024

_____
Richard Seeborg
Chief United States District Judge